UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA BROWN,

               Plaintiff,

   -against-

NYCHA DEVELOPMENT,

               Defendant.

23-CV-5595 (LTS)

CIVIL JUDGMENT

      By order dated April 15, 2024, the Court dismissed this action for lack of subject matter jurisdiction, but granted Plaintiff thirty days' leave to amend her complaint to allege facts demonstrating that the court has subject matter jurisdiction of her claims. Plaintiff has not filed an amended complaint.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 1, 2024
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge